MRS. V. H. COLVARD v. L. C. BEMIS ET AL.

(Filed 28 February, 1934.)

**Appeal and Error G a—**

Where appellants file no brief in the Supreme Court and no error is made apparent, the judgment will be affirmed upon motion of appellee.

APPEAL by defendants from *McElroy, J.,* at Chambers, Murphy, 22 January, 1934. From GRAHAM.

Proceeding under Declaratory Judgment Act, chap. 102, Public Laws, 1931, to determine plaintiff's rights in certain lots situate in the town of Robbinsville, Graham County.

From a judgment declaring plaintiff to be the owner in fee simple of the lands described in the complaint, the defendants excepted and gave notice of appeal.

*R. L. Phillips for plaintiff.*
*No counsel for defendant.*

STACY, C. J. As the appellants have filed no brief in this Court, and no error is made apparent, the judgment will be affirmed on motion of appellee, according to the usual course and practice in such cases. *Comrs. v. Dickson,* 190 N. C., 330, 129 S. E., 726.

Affirmed.